## November 30, 1999

| | | |
|---|---|---|
| 21865 | United Public Workers, AFSCME, Local 646, AFL-CIO v. County of Hawaii, Dept. of Public Works | Affirmed |

## December 2, 1999

| | | |
|---|---|---|
| 22213 | State v. Jolley | Affirmed |

## December 8, 1999

| | | |
|---|---|---|
| 21675 | State v. Akahi | Affirmed |
| 22220 | State v. Livingston | Affirmed |
| 22502 | State v. Manlapit | Affirmed |

## December 11, 1999

| | | |
|---|---|---|
| 20371 | Baehr v. Miike | Reversed and Remanded |

## December 14, 1999

| | | |
|---|---|---|
| 21801 | Island Ins. Co., Ltd. v. Crabbe | Affirmed |

## December 22, 1999

| | | |
|---|---|---|
| 22311 | State v. Haili | Affirmed |
| 22144 | State v. Marines | Affirmed |
| 22098 | State v. Sinagoga | Affirmed |

## December 23, 1999

| | | |
|---|---|---|
| 22095 | Mason v. Kang | Affirmed |

## December 27, 1999

| | | |
|---|---|---|
| 21568 | Boggs v. Burgard | Affirmed |
| 22302 | State v. Acoba | Affirmed |
| 22346 | State v. Kwan | Affirmed |

## December 28, 1999

| | | |
|---|---|---|
| 22106 | State v. Kalai | Affirmed |

## January 3, 2000

| | | |
|---|---|---|
| 22272 | Luster v. Double Phoenix Corp. | Affirmed |
| 22343 | State v. Draper | Affirmed |

## January 5, 2000

| | | |
|---|---|---|
| 22590 | Poe v. Hawaii Labor Relations Bd., State of Hawaii | Affirmed |

## January 6, 2000

| | | |
|---|---|---|
| 22359 | State v. Kaauwai | Reversed and Vacated |